1
2
3
4
5

TROUTMAN PEPPER HAMILTON
SANDERS LLP
Ronald I. Raether, Bar No. 303118
ron.raether@troutman.com
5 Park Plaza,
Suite 1400
Irvine, CA  92614
Telephone: 949-622-2700
Facsimile:  949-622-2739

6
7
8
9
10

TROUTMAN PEPPER HAMILTON
SANDERS LLP
Jessica Lohr, Bar No. 302348
jessica.lohr@troutman.com
11682 El Camino Real
Suite 400
San Diego, CA  92130-2092
Telephone: 858.509.6000
Facsimile:  858.509.6040

11

Attorneys for Defendant
CORELOGIC CREDCO, LLC

12

13

## UNITED STATES DISTRICT COURT

14

## SOUTHERN DISTRICT OF CALIFORNIA

15
16
17
18
19
20

VINCENT NEVELS,

            Plaintiff,

v.

CORELOGIC CREDCO, LLC,

            Defendant.

Case No.  3:22-cv-00427-AJB-WVG

**JOINT MOTION FOR EXTENSION
OF TIME TO RESPOND TO
COMPLAINT**

21
22
23
24
25
26
27
28

125938647

CASE NO. 3:22-cv-00427-AJB-WVG

Vincent Nevels ("Plaintiff") and CoreLogic Credco, LLC ("Defendant"), through their undersigned counsel, hereby respectfully request a 30-day extension of time, up to and including **June 3, 2022**, for Defendant to respond to Plaintiff's Complaint. Defendant's Counsel has consulted with Plaintiff's Counsel who has consented to the relief requested here. In support of this motion, Plaintiff and Defendant state as follows:

1. On March 31, 2022, Plaintiff filed his Complaint in the above-captioned case. (Dkt. No. 1.)

2. Defendant was served with the Complaint on April 13, 2022.

3. Under the Federal Rules of Civil Procedure, Defendant's response to Plaintiff's Complaint is currently due May 4, 2022.

4. On April 28, 2022, Counsel for Defendant conferred with Counsel for Plaintiff, regarding the timing of Defendant's response to the Complaint. Plaintiff's Counsel consented to Defendant's request to extend the time for filing an answer by thirty days, which would make the new deadline June 3, 2022.

4. The relief requested herein is for good cause and will not result in undue delay in the administration of this case. An extension of time for Defendant to file its response is necessary in order for Defendant to further investigate Plaintiff's claims and adequately respond to the Complaint.

5. No other extensions of time have been previously requested in this case. No dates have been set for a pre-trial conference or trial.

Accordingly, the parties respectfully request that this Court enter an Order extending Defendant's deadline to respond to the Complaint up to and including **June 3, 2022**.

| | |
|---|---|
| 1 | Dated:     April 29, 2022 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Dated:     April 29, 2022 |

Dated:     April 29, 2022          WAJDA LAW GROUP, APC

By: */s/ Nicholas M. Wajda*
    Nicholas M. Wajda

Attorneys for Plaintiff
VINCENT NEVELS

Dated:     April 29, 2022          TROUTMAN PEPPER HAMILTON
SANDERS LLP

By: */s/ Jessica Lohr*
    Ronald I. Raether
    Jessica Lohr

Attorneys for Defendant
CORELOGIC CREDCO, LLC

## **ATTESTATION**

I, Jessica Lohr, am the ECF user whose identification and password are being used to file this Joint Motion.  I hereby attest that Nicholas Wajda has concurred in this filing.

*/s/ Jessica Lohr*
JESSICA R. LOHR