# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT NEVELS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORELOGIC CREDCO, LLC,<br><br>　　　　Defendant. | Case No. 3:22-cv-00427-AJB-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Plaintiff, VINCENT NEVELS ("Plaintiff") and Defendant, CORELOGIC CREDCO, LLC ("Defendant"), having filed this Joint Motion for Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

The Motion for Dismissal is approved. The action against CORELOGIC CREDCO, LLC is hereby dismissed with prejudice. Each party will bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: July 11, 2022

*/s/ Battaglia*
Hon. Anthony J. Battaglia
United States District Judge

1